01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Mark Anthony Pelegrino           ) Chapter  7
                                        ) Bankruptcy Case No.
                                        )
                                        )
    Debtor(s)                           )

**DECLARATION REGARDING ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS**

DECLARATION OF PETITIONER(S)

A.   [To be completed in all cases]

    I (We), Mark Pelegrino_____ and _____the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B.   [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐  I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

_____          _____
Printed or Typed Name of Debtor or Representative    Printed or Typed Name of Joint Debtor

X _____          _____
Signature of Debtor or Representative              Signature of Joint Debtor

_____          _____
Date                                               Date